## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BGH Edelstahl Siegen GmbH | ) |
| Plaintiff, | ) |
| v. | ) |
| United States, | ) Court. No. 21-00080 |
| Defendant, | ) and Attached Schedule |
| and | ) |
| A. Finkl & Sons et al., | ) |
| Defendant-Intervenors. | ) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, pursuant to Rule 75(e) of the Rules of the United States Court of International Trade, the undersigned who has previously entered an appearance on behalf of Defendant-Intervenors in this action, and for the parties indicated in the actions listed on the attached schedule, hereby notifies the Court that the firm of Cassidy Levy Kent (USA) LLP has changed addresses and requests that all papers be served upon him at the new address set forth below.

Cassidy Levy Kent (USA) LLP

2112 Pennsylvania Ave. Suite 300

Washington, DC 20037

The individual attorney in the undersigned firm remains the same as the previously entered entry of appearance in the action and in each action listed in the attached schedule. The lead counsel in each action has not changed.

                                                    Respectfully submitted,

<u>/s/ Thomas M. Beline</u>
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Ave. Suite 300
Washington, DC 20037
T: (202) 567-2316
Date:  June 13, 2024                        E-mail: tbeline@cassidylevy.com

*Counsel to A. Finkl & Sons, Ellwood City Forge Company, Ellwood National Steel Company, Ellwood Quality Steels Company*

## Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Requested |
|---|---|---|
| 1:21-cv-00528-RKE | United States Steel Corporation v. United States | United States Steel Corporation |
| 1:21-cv-00532-MMB | PAO TMK v. United States | United States Steel Corporation |
| 1:22-cv-00343-CRK | Tenaris Bay City, Inc. et al. v. United States | United States Steel Corporation |
| 1:22-cv-00344-JCG | Tenaris Bay City, Inc. et al v. United States | United States Steel Corporation |
| 1:22-cv-00346-JCG | TMK Group v. United States | United States Steel Corporation |
| 1:22-cv-00350-TMR | Eregli Demir ve Celik Fabrikalari T.A.S. v. United States International Trade Commission | United States Steel Corporation |
| 1:22-cv-00351-GSK | Eregli Demir ve Celik Fabrikalari T.A.S. v. United States International Trade Commission | United States Steel Corporation |
| 1:22-cv-00353-GSK | BlueScope Steel, Ltd. et al v. United States | United States Steel Corporation |
| 1:23-cv-00002-JCG | Tenaris Bay City, Inc. et al v. United States | United States Steel Corporation |
| 1:23-cv-00221-MMB | BYD (H.K.) Co., Ltd. v. United States | Auxin Solar Inc. |
| 1:23-cv-00222-MMB | Canadian Solar International Limited et al v. United States | Auxin Solar Inc. |
| 1:23-cv-00227-MMB | Trina Solar Science & Technology (Thailand) Ltd. v. United States | Auxin Solar Inc. |
| 1:23-cv-00228-MMB | Trina Solar (Vietnam) Science & Technology Co., Ltd. et al v. United States | Auxin Solar Inc. |
| 1:23-cv-00229-MMB | Red Sun Energy Long An Company Limited v. United States | Auxin Solar Inc. |
| 1:23-cv-00274-TMR | Auxin Solar Inc. et al v. United States et al | Auxin Solar Inc., Concept Clean Energy, Inc. |