IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| BYD (H.K.) CO., LTD., | ) | |
| Plaintiff, | ) | |
| and | ) | |
| FLORIDA POWER & LIGHT COMPANY, | ) | |
| Plaintiff-Intervenor, | ) | |
| v. | ) | Court No. 23-00221 |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| AUXIN SOLAR INC., | ) | |
| Defendant-Intervenor. | ) | |

## PLAINTIFF-INTERVENOR FLORIDA POWER & LIGHT COMPANY'S RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade, Plaintiff-Intervenor Florida Power & Light Company ("FPL")[1] moves for judgment on the agency record with respect to the claims raised in the complaint of Plaintiff BYD (H.K.) Co., Ltd. challenging the final determination of the U.S. Department of

---

[1] FPL is a subsidiary of NextEra Energy, Inc.

Commerce's ("Commerce") in its circumvention inquiry with respect to Cambodia, published in *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023), P.R 525, Appx1364-1378 ("*Final Determination*"), and accompanying Issues and Decision Memorandum, P.R. 522, Appx1196-1363.

For the reasons explained in Plaintiff's Memorandum in Support of Motion for Judgment on the Agency Record, ECF No. 36, and in the Memorandum accompanying this Motion, the Court should hold that the contested portions of the *Final Determination* are unsupported by substantial evidence and otherwise not in accordance with law. Plaintiff-Intervenor FPL further moves for this Court to remand this matter to Commerce for disposition consistent with the order and opinion of the Court.

Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for Florida Power & Light Company*

July 16, 2024

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| BYD (H.K.) CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FLORIDA POWER & LIGHT COMPANY, | ) | |
| | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | Court No. 23-00221 |
| UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| AUXIN SOLAR INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |
| | ) | |

PLAINTIFF-INTERVENOR FLORIDA POWER & LIGHT COMPANY'S
MEMORANDUM IN SUPPORT OF PLAINTIFF'S RULE 56.2
MOTION FOR JUDGMENT ON THE AGENCY RECORD

Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for Florida Power & Light
Company*

Dated: July 16, 2024

## TABLE OF CONTENTS

TABLE OF CONTENTS....................................................................i

TABLE OF AUTHORITIES ......................................................ii

GLOSSARY..............................................................................v

INTRODUCTION....................................................................1

ADMINISTRATIVE DETERMINATION SOUGHT TO BE REVIEWED
....................................................................................................2

STATEMENT OF ISSUES ADDRESSED IN THIS BRIEF...................2

STATEMENT OF FACTS..........................................................3

STANDARD OF REVIEW..........................................................4

ARGUMENT ..........................................................................5

I.    COMMERCE ERRED IN DETERMINING THAT THE PROCESS
      OF ASSEMBLING OR COMPLETING BYD'S CSPV CELLS AND
      MODULES IN CAMBODIA WAS MINOR OR INSIGNIFICANT .7

   A.  Commerce Can Expand an Order to Cover Merchandise
       Assembled or Completed in a Third Country Only if the Process of
       Assembly or Completion Is Minor or Insignificant ........................7

   B.  Commerce's Finding that the Process of Assembly or Completion
       of BYD's CSPV Cells and Modules in Cambodia Was Minor or
       Insignificant Is Unsupported by Substantial Evidence and
       Otherwise Not in Accordance with Law ........................................12

      1.  Commerce's Findings Do Not Support Its Ultimate Conclusion 12

      2.  Commerce's Analysis Under 19 U.S.C. § 1677j(b)(1)(C) Suffers
          from Additional Flaws .............................................................17

         a.  Commerce Gave Undue Weight to R&D ...................................17

         b.  Commerce Erred by Failing to Account for the Investments
             and Production Facilities of the Tollers ....................................18

         c.  Commerce Erred in Finding that the Value of Processing in
             Cambodia Was Small...............................................................25

         d.  Commerce Erred by Analyzing Investment Data on an
             Absolute Basis .......................................................................27

CONCLUSION ......................................................................28

TABLE OF AUTHORITIES

Page(s)

Cases

*Mid Continent Nail Corp. v. United States*,
  846 F.3d 1364 (Fed. Cir. 2017) ............................................................. 4

*Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*,
  463 U.S. 29 (1983) ........................................................................... 4, 5

*SKF USA Inc. v. United States*,
  263 F.3d 1369 (Fed. Cir. 2001) ........................................................... 5

*Universal Camera Corp. v. NLRB*,
  340 U.S. 474 (1951) ............................................................................ 4

Statutes

19 C.F.R. § 351.525(c) ......................................................................... 23

19 U.S.C.
  § 1516a(b)(1)(B)(i) ............................................................................ 4
  § 1677b(c)(1) .................................................................................. 22
  § 1677j(a)(2)(E) ............................................................................... 15
  § 1677j(b) ....................................................................................... 16
  § 1677j(b)(1) ................................................................................... 19
  § 1677j(b)(1)(C) .......................................................... 7, 12, 17, 20
  § 1677j(b)(2) ........................................................... 8, 9, 12, 19, 20
  § 1677j(b)(2)(E) .............................................................................. 15
  § 3512(d) .......................................................................................... 9

Administrative Determinations

*Antidumping and Countervailing Duty Orders on Certain
  Aluminum Foil From the People's Republic of China:
  Final Affirmative Determinations of Circumvention With
  Respect to the Republic of Korea and the Kingdom of
  Thailand*, 88 Fed. Reg. 82,824 (Nov. 27, 2023) ................................. 11

*Antidumping and Countervailing Duty Orders on
    Crystalline Silicon Photovoltaic Cells, Whether or Not
    Assembled Into Modules, From the People's Republic of
    China: Final Scope Determination and Final Affirmative
    Determinations of Circumvention with Respect to
    Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed.
    Reg. 57,419 (Aug. 23, 2023) .......................................................... 2, 28

*Certain Circular Welded Non-Alloy Steel Pipe From the
    Republic of Korea: Final Affirmative Determination of
    Circumvention of the Antidumping Duty Order*, 88 Fed.
    Reg. 77,270 (Nov. 9, 2023) ................................................................ 10

*Certain Corrosion-Resistant Steel Products From Taiwan:
    Affirmative Final Determination of Circumvention
    Inquiry on the Antidumping Duty Order*, 84 Fed. Reg.
    70,937 (Dec. 26, 2019) ........................................................... 15, 16, 26

*Ferrovanadium and Nitrided Vanadium From the Russian
    Federation: Negative Final Determination of
    Circumvention of the Antidumping Duty Order*, 77 Fed.
    Reg. 46,712 (Aug. 6, 2012) ..................................................... 15, 25, 26

*Preliminary Negative Determination of Circumvention of the
    Antidumping Order on Polyethylene Terephthalate Film,
    Sheet, and Strip From the United Arab Emirates*, 80 Fed.
    Reg. 26,229 (May 7, 2015) ................................................................. 11

*Small Diameter Graphite Electrodes from the People's
    Republic of China: Final Results of the First
    Administrative Review of the Antidumping Duty Order
    and Final Rescission of the Administrative Review, in
    Part*, 76 Fed. Reg. 56,397 (Sept. 13, 2011) ......................................... 22

Other Authorities

Cambridge Dictionary ............................................................................ 7, 8

Merriam-Webster Dictionary ...................................................................... 7

Uruguay Round Agreements Act, Statement of
    Administrative Action, H.R. Rep. No. 103-316, Vol. I
    (1994)................................................................. 9, 10, 20, 26

GLOSSARY

| Abbreviation | Term |
|---|---|
| BYD | BYD (H.K.) Co., Ltd. |
| CSPV | crystalline silicon photovoltaic |
| Decision Memo | Issues and Decision Memorandum for the Circumvention Inquiry With Respect to the Kingdom of Cambodia accompanying *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023) |
| *Final Determination* | *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023) |
| FPL | Florida Power & Light Company |
| Plaintiff's Brief | Plaintiff's Memorandum in Support of Motion for Judgment on the Agency Record |
| SAA | Uruguay Round Agreements Act, Statement of Administrative Action, H.R. Rep. No. 103-316, Vol. I (1994) |

## INTRODUCTION

Plaintiff-Intervenor Florida Power & Light Company ("FPL")[1] hereby submits this brief in support of the Rule 56.2 motion for judgment upon the agency record filed by Plaintiff BYD (H.K.) Co., Ltd. ("BYD" or "Plaintiff"). As explained in Plaintiff's Memorandum in Support of Motion for Judgment on the Agency Record, ECF No. 36 ("Plaintiff's Brief"), the U.S. Department of Commerce ("Commerce") committed several errors of law and fact in finding that crystalline silicon photovoltaic ("CSPV") cells and modules completed or assembled in Cambodia and exported by BYD are circumventing the antidumping ("AD") and countervailing duty ("CVD") orders on CSPV cells from the People's Republic of China. FPL supports the arguments made in Plaintiff's Brief and adopts them by reference. In this brief, FLP further addresses Commerce's conclusion that the process of assembly or completion in Cambodia for BYD's CSPV cells and modules was minor or insignificant.

---

[1] FPL is a subsidiary of NextEra Energy, Inc.

ADMINISTRATIVE DETERMINATION SOUGHT TO BE REVIEWED

FPL challenges certain aspects of Commerce's final determination with respect to Cambodia in *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023), P.R 525, Appx1364-1378 ("*Final Determination*") and the accompanying Issues and Decision Memorandum for the Circumvention Inquiry With Respect to the Kingdom of Cambodia, P.R. 522, Appx1196-1363 ("Decision Memo").

STATEMENT OF ISSUES ADDRESSED IN THIS BRIEF

FPL addresses the following issue in this brief.

1.    Whether Commerce's determination that the process of assembly or completion of BYD's CSPV cells and modules in Cambodia was minor or insignificant is supported by substantial evidence and otherwise in accordance with law.

No. The facts found by Commerce do not support Commerce's conclusion that the process of assembly or completion of BYD's CSPV

cells and modules in Cambodia was minor. The processes undertaken in Cambodia to produce CSPV cells and modules are nothing like the screwdriver assembly operations that the circumvention statute is intended to address.

Commerce also committed several subsidiary errors in analyzing whether the process of assembly or completion of BYD's CSPV cells and modules in Cambodia was minor or insignificant. First, Commerce gave undue weight to the level of research and development ("R&D"), the location of which is poorly correlated to the actual process of assembly or completion. Second, Commerce failed to fully examine the process of assembly or completion in Cambodia when it disregarded the data for BYD's tollers—the companies that assembled or completed the inquiry merchandise. Third, Commerce arbitrarily declined to incorporate a qualitative analysis of whether the value of the processing performed in Cambodia was small. Finally, Commerce relied on a distortive analysis of investments in Cambodia.

## STATEMENT OF FACTS

FPL adopts the statement of facts set forth in Plaintiff's Brief. To the extent that additional facts not mentioned by Plaintiff are relevant

to FPL's arguments, they are discussed within the context of the

arguments set forth below.

STANDARD OF REVIEW

The Court "shall hold unlawful any determination, finding, or

conclusion found . . . to be unsupported by substantial evidence on the

record, or otherwise not in accordance with law." 19 U.S.C.

§ 1516a(b)(1)(B)(i). Substantial evidence is "such relevant evidence as a

reasonable mind might accept as adequate to support a conclusion."

*Universal Camera Corp. v. NLRB.*, 340 U.S. 474, 477 (1951) (internal

quotation marks omitted).

Commerce acts unlawfully not only when its actions are

inconsistent with a statute or its regulations, but also when it acts

arbitrarily. *See, e.g.*, *Mid Continent Nail Corp. v. United States*, 846

F.3d 1364, 1372 (Fed. Cir. 2017) ("Commerce's decision will also be set

aside if it is arbitrary and capricious." (cleaned up)). The obligation to

avoid arbitrary action requires Commerce to engage in reasoned and

evenhanded decision-making. *See, e.g.*, *Motor Vehicle Mfrs. Ass'n v.*

*State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43, 52 (1983)

(determination must be based on "consideration of the relevant factors"

and "offer a rational connection between the facts found and the choice made" (internal quotation marks omitted)); *SKF USA Inc. v. United States*, 263 F.3d 1369, 1382 (Fed. Cir. 2001) ("An agency action is arbitrary when the agency offers insufficient reasons for treating similar situations differently." (cleaned up)).

<u>ARGUMENT</u>

In its circumvention inquiry, Commerce made detailed factual findings regarding the substantial, complex, and sophisticated processing needed to complete or assemble CSPV cells and modules in Cambodia. Those findings fatally undermine any conclusion that the "process of assembly or completion" in Cambodia for BYD's CSPV cells and modules was "minor" or "insignificant." Commerce therefore should have issued a negative circumvention determination for BYD.

Beyond that fundamental flaw, Commerce further erred in its underlying evaluation of the factors listed in the statute as being relevant to Commerce's analysis of the process of assembly or completion. First, Commerce unreasonably gave significant weight to where R&D was performed, which is a factor Commerce previously found to be less informative for the ultimate analysis of whether the

process of assembly or completion in a particular location is minor or insignificant. Second, Commerce unlawfully and unreasonably ignored data regarding the investments and facilities used to produce the inquiry merchandise when it refused to consider the data of BYD's tollers. Third, Commerce failed to conduct a qualitative analysis of the value added through the processing performed in Cambodia, departing from its past practice. Finally, by analyzing investments in China and Cambodia on an absolute basis, instead of a per-unit basis, Commerce relied on a distorted picture of the production processed employed to produce the merchandise subject to the circumvention inquiry—which is merchandise assembled or completed in Cambodia and imported into the United States.

In short, Commerce's determination regarding the process of assembly or completion in Cambodia of BYD's CSPV cells and modules was unsupported by substantial evidence and otherwise not in accordance with law.

I.    COMMERCE ERRED IN DETERMINING THAT THE PROCESS
      OF ASSEMBLING OR COMPLETING BYD'S CSPV CELLS AND
      MODULES IN CAMBODIA WAS MINOR OR INSIGNIFICANT

    A.    Commerce Can Expand an Order to Cover Merchandise
        Assembled or Completed in a Third Country Only if the
        Process of Assembly or Completion Is Minor or Insignificant

Commerce must find that several criteria are all met before

expanding the scope of an AD or CVD order to cover merchandise

assembled or completed in a third country, one of which is that "the

process of assembly or completion in the {third country} is minor or

insignificant." 19 U.S.C. § 1677j(b)(1)(C). The word "process" is

commonly understood to mean "a series of actions or operations

conducing to an end" and especially "a continuous operation or

treatment especially in manufacture." *Process*, Merriam-Webster

Dictionary, https://www.merriam-webster.com/dictionary/process (last

visited July 16, 2024); *see also Process*, Cambridge Dictionary,

https://dictionary.cambridge.org/us/dictionary/english/process (last

visited July 16, 2024) ("a series of actions that you take in order to

achieve a result").[2] Thus, the statute directs Commerce's inquiry to the

actions of assembling or completing the merchandise.

    As Plaintiff explained, the words "minor" and "insignificant"

connote something that is immaterial or unimportant. Pl.'s Br. 33; *see*

*also Minor*, Cambridge Dictionary,

https://dictionary.cambridge.org/us/dictionary/english/minor (last visited

July 16, 2024) ("having little importance, influence, or effect, especially

when compared with other things of the same type"); *Insignificant*,

Cambridge Dictionary,

https://dictionary.cambridge.org/us/dictionary/english/insignificant (last

visited July 16, 2024) ("small or not noticeable, and therefore not

considered important"; "not important or thought to be valuable").

    The statute directs Commerce to take into account several factors

"{i}n determining whether the process of assembly or completion is

minor or insignificant," namely:

> (A) the level of investment in the foreign country,
> (B) the level of research and development in the foreign
> country,
> (C) the nature of the production process in the foreign country,

---

[2] Printouts of the internet-based citations are included in Attachments
A through D to this brief.

(D) the extent of production facilities in the foreign country, and
(E) whether the value of the processing performed in the foreign country represents a small proportion of the value of the merchandise imported into the United States.

19 U.S.C. § 1677j(b)(2). The statute does not require Commerce to make specific determinations with respect to these factors; rather, it simply instructs Commerce to take them into consideration when Commerce makes the determination that is required, which is "whether the process of assembly or completion is minor or insignificant." *See id.*

The plain meaning of the statute is reinforced by the Statement of Administrative Action ("SAA") accompanying the Uruguay Round Agreements Act,[3] which included the current AD/CVD circumvention provisions of the Tariff Act. The SAA "shall be regarded as an authoritative expression by the United States concerning the interpretation and application of . . . {the Uruguay Round Agreements Act} in any judicial proceeding in which a question arises concerning such interpretation or application." 19 U.S.C. § 3512(d). The SAA explains that the U.S.- and third-country assembly provisions in the

---

[3] Uruguay Round Agreements Act, Statement of Administrative Action, H.R. Rep. No. 103-316, Vol. I (1994).

9

circumvention statute are intended to address "screwdriver assembly operations." SAA at 893. The SAA refers to "screwdriver operation" twice more and explains that it would be "relatively easy for a foreign exporter to circumvent an antidumping duty order by establishing a screwdriver operation." SAA at 893-94. The SAA further states that the circumvention provisions are intended to be "fair to all parties" and that "{b}ecause Commerce will find circumvention only where assembly or completion operations in the United States or in third countries are minor, the proposed amendments will not deter legitimate investment." SAA at 894. These statements illustrate that Congress understood that the circumvention provisions would be used only when the assembly process was akin to an easily established "screwdriver operation."

Commerce repeatedly has characterized the SAA as reflecting a decision by Congress for Commerce "to focus more on the nature of the production process" and to shift Commerce's focus "toward a more qualitative focus on the nature of the production process." *See, e.g.*, *Certain Circular Welded Non-Alloy Steel Pipe From the Republic of Korea: Final Affirmative Determination of Circumvention of the Antidumping Duty Order*, 88 Fed. Reg. 77,270 (Nov. 9, 2023), and

10

accompanying Issues and Decision Memorandum at 32-33; *Preliminary Negative Determination of Circumvention of the Antidumping Order on Polyethylene Terephthalate Film, Sheet, and Strip From the United Arab Emirates*, 80 Fed. Reg. 26,229 (May 7, 2015) (internal quotation marks omitted). Reflecting the statute's primary focus on how the merchandise is produced, Commerce has also recently explained that:

> {T}he factors involving the level of investment, the level of R&D, and the extent of the production facilities in {the third country} weighed less heavily in our determination than the factors involving the nature of the production process and the value added in {the third country} because the former relate more broadly to the companies and their facilities, whereas the latter relate more to the production of inquiry merchandise itself.

*Antidumping and Countervailing Duty Orders on Certain Aluminum Foil From the People's Republic of China: Final Affirmative Determinations of Circumvention With Respect to the Republic of Korea and the Kingdom of Thailand*, 88 Fed. Reg. 82,824 (Nov. 27, 2023), and accompanying Issues and Decision Memorandum with Respect to Korea at 32.

B.   Commerce's Finding that the Process of Assembly or
Completion of BYD's CSPV Cells and Modules in Cambodia
Was Minor or Insignificant Is Unsupported by Substantial
Evidence and Otherwise Not in Accordance with Law

1.   Commerce's Findings Do Not Support Its Ultimate
Conclusion

Commerce was tasked with determining whether "the process of
assembly or completion" of CSPV cells and modules in Cambodia was
"minor or insignificant." 19 U.S.C. § 1677j(b)(1)(C). Given the plain
meaning of those terms, the guidance provided by the SAA, and
Commerce's own acknowledgements regarding the importance of the
nature of the production process to the inquiry, no reasonable mind
could conclude that the process of assembly or completion of BYD's
CSPV cells and modules in Cambodia was minor or insignificant.

Commerce does not appear to have ever found in prior cases that
the process of assembly or completion was minor or insignificant when
the "nature of the production process" weighed against that conclusion.
That fact is unsurprising, given that this is the only factor that
explicitly refers to the "process," which is the focus of Commerce's
ultimate inquiry under 19 U.S.C. § 1677j(b)(2), and Commerce's
recognition that Congress intended for Commerce to focus more on the

12

nature of the production process in its circumvention inquiries. In the
Decision Memo, Commerce found that the nature of the production
process weighed *against* a finding of circumvention for BYD, and in fact
for all respondents. Appx1231.

Beyond the general conclusion that Commerce reached with
respect to the "nature of the production process" factor, Commerce made
numerous findings that cannot be reconciled with an overall
determination that the "process of assembly or completion" in Cambodia
was "minor," regardless of the specific producer. Many of those findings
are highlighted in Plaintiff's Brief, *see, e.g.*, Pl.'s Br. 13-15, 37-39, 53-54,
but those are hardly the only ones. For example, Commerce also found
that "solar cell facilities, and solar module facilities require one to three
years to build" and that "the equipment and technology, as well as the
number of processing steps required to produce a solar cell are far more
technically sophisticated than those of the polysilicon or wafer
manufacturing operations." Appx1229 (cleaned up). "{P}roducing solar
cells requires seven or 11 steps . . . , and producing solar modules
requires nine steps," meaning that "it requires fewer steps to produce

ingots and wafers in China, than to produce solar cells and solar modules in the inquiry country." Appx1230 (cleaned up).

The facts established by Commerce in no way resemble the "screwdriver operations" that the statute's circumvention provisions are intended to address. As explained above, the nature of the production process is at the heart of Commerce's inquiry as to whether the process of assembly or completion is minor or insignificant. Commerce's numerous findings related to the nature of the production process show that the process of assembly or completion of CSPV cells and modules is significant, extensive, and complex.

Furthermore, the findings recounted above and throughout Plaintiff's Brief bear on more than just the nature of the production process. Commerce's findings regarding the one to three years it takes to build CSPV cell and modules facilities, the technical hurdles for producing CSPV cells and modules, and the multi-step process and sophisticated machinery and equipment involved in CSPV cell and module production support a conclusion that producing CSPV cells and modules in Cambodia requires significant investments and production facilities. Commerce's findings also demonstrate that the processing in

14

Cambodia is technologically advanced and depends upon R&D, further supporting a finding that the process is not minor or insignificant.

Meanwhile, Commerce's findings regarding the multiple steps, sophisticated machinery, and intensive and skilled labor needed to produce CSPV cells and modules—a process that imparts the "essential nature of the final product," Appx1231—demonstrate the addition of substantial value through the production process in Cambodia. Commerce in prior circumvention inquiries has explicitly incorporated this kind of qualitative analysis into its consideration of the significance of the value of processing in the third country. *See, e.g.*, *Ferrovanadium and Nitrided Vanadium From the Russian Federation: Negative Final Determination of Circumvention of the Antidumping Duty Order*, 77 Fed. Reg. 46,712 (Aug. 6, 2012), and accompanying Issues and Decision Memorandum at 12 (finding that 15 to 20 percent value added in the United States did not constitute a "small" proportion pursuant to 19 U.S.C. § 1677j(a)(2)(E)[4] "when viewed in combination with {the} fundamental alteration of the imported merchandise"); *Certain*

---

[4] Section 1677j(a)(2)(E) is the corresponding value-added provision for inquiries involving minor assembly or completion in the United States and uses nearly identical language as 19 U.S.C. § 1677j(b)(2)(E).

*Corrosion-Resistant Steel Products From Taiwan: Affirmative Final Determination of Circumvention Inquiry on the Antidumping Duty Order*, 84 Fed. Reg. 70,937 (Dec. 26, 2019), and accompanying Issues and Decision Memorandum at 9 (considering value added in the third country both in terms of the "percentage of the value of the merchandise imported into the United States" and "{f}rom a qualitative perspective of the nature of the production process").

The facts, as found by Commerce, establish that the process of assembly or completion in Cambodia is a far cry from the minor or insignificant third-country processes that Congress intended to address in 19 U.S.C. § 1677j(b). The plain meaning of the statute and the additional guidance provided by the SAA require that the process of assembly or completion—the actions involved in producing the merchandise—be small or unimportant, akin to a "screwdriver operation." But the facts found by Commerce firmly establish that the process of producing CSPV cells and modules in Cambodia "involves more than attaching Chinese components together." Decision Memo, Appx1231. A lot more. Commerce's reasoning underpinning its ultimate conclusion that BYD's CSPV cells and modules completed in Cambodia

16

are circumventing the AD/CVD orders on CSPV cells from China is

arbitrary, and its conclusion is unsupported by substantial evidence.

> 2.    Commerce's Analysis Under 19 U.S.C. § 1677j(b)(1)(C) Suffers from Additional Flaws

The findings by Commerce described above and in Plaintiff's Brief

preclude any reasonable person from concluding that the process of

assembly or completion for BYD's CSPV cells and modules in Cambodia

was minor or insignificant within the meaning of 19 U.S.C.

§ 1677j(b)(1)(C). That fundamental flaw in Commerce's determination

renders any further flaws in its analysis moot. Commerce, however,

committed several additional errors in its analysis of whether the

process of assembly or completion for BYD was minor or insignificant,

which serve as independent bases for the Court to remand Commerce's

determination.

> a.    *Commerce Gave Undue Weight to R&D*

As explained in Plaintiff's Brief, Commerce's overall

determination was also flawed because Commerce gave undue weight to

the level of R&D in the third country (here, Cambodia), which is a factor

that Commerce previously has said is less informative to its overall

17

inquiry because it is not related to the actual production of inquiry merchandise and may vary based on the particular situations of individual companies. Pl.'s Br. 56-59. Commerce's findings that R&D can be done once and shared across borders, Decision Memo, Appx1223, demonstrate that the location of R&D activities is a poor indicator for whether the process of assembly in any particular location is minor or insignificant. As explained, Commerce's findings regarding the complex processes occurring in Cambodia to produce CSPV cells and modules demonstrate that those processes depend upon R&D, even if the R&D does not occur in Cambodia. Commerce's decision to elevate this factor was arbitrary, and Commerce's findings with respect to the lack of R&D expenses in Cambodia by BYD cannot support a conclusion that the processing in Cambodia was akin to a "screwdriver operation" given the multitude of findings by Commerce that are fundamentally inconsistent with that conclusion.

> b.   *Commerce Erred by Failing to Account for the Investments and Production Facilities of the Tollers*

Commerce additionally erred in its evaluation of the level of investments and production facilities in Cambodia by failing to account

for the activities of the BYD's toll processors—the entities that were actually assembling or completing the merchandise. *See* Pl.'s Br. 41-44.

Commerce may expand the scope of an AD/CVD duty order to cover merchandise completed or assembled in a third country if:

> (A) *merchandise* imported into the United States is of the same class or kind as any merchandise produced in a foreign country that is the subject of {an AD or CVD order} —
>
> (B) before importation into the United States, *such imported merchandise is completed or assembled in another foreign country* from merchandise {produced in the country subject to the AD or CVD order},
>
> (C) *the process of assembly or completion in the foreign country referred to in subparagraph (B) is minor or insignificant*,
>
> (D) the value of the merchandise produced in the foreign country to which the antidumping duty order applies is a significant portion of the total value *of the merchandise exported to the United States*, and
>
> (E) {Commerce} determines that action is appropriate under this paragraph to prevent evasion of such order{.}

19 U.S.C. § 1677j(b)(1) (emphases added). As shown by the emphasized language, the criteria focus on the *merchandise* completed or assembled in the third country and imported into the United States.

The statute then instructs that "{i}n determining whether the process of assembly or completion is minor or insignificant under

paragraph (1)(C)," Commerce shall take into account certain factors, including the level of investment and the extent of the production facilities "in the foreign country." 19 U.S.C. § 1677j(b)(2). Because these factors are intended to guide the determination under 19 U.S.C. § 1677j(b)(1)(C), the examination of those factors must be guided by that determination—specifically, "*whether the process of assembly or completion* is minor or insignificant under paragraph (1)(C)." (Emphasis added). Paragraph (1)(C) in turn cross-references paragraph (1)(B), which describes "*imported merchandise . . . completed or assembled in another foreign country.*" (Emphasis added).

Neither subsection (b)(1) nor subsection (b)(2) refers to the exporter of the merchandise. Rather, both provisions focus on the merchandise itself and the process of assembly or completion "in the foreign country" of that merchandise. The SAA similarly explains that the focus of the statute is on the level of processing of the merchandise in the third country generally, without any reference to the exporter. *See* SAA at 893.

Commerce, however, conducted portions of its inquiry under 19 U.S.C. § 1677j(b)(2) with respect to BYD in a manner divorced from

the fundamental determination Commerce is required to make under the statute. Specifically, Commerce found that *BYD's* investments and the extent of *BYD's* production facilities in Cambodia are minor or insignificant because "BYD HK is a trading company not involved in production operations related to solar cells and modules." Decision Memo, Appx1256 (internal quotation marks omitted); *see also* Appx1256-1258. Commerce, meanwhile, failed to take account of record evidence relating to BYD's tollers' investments and production facilities in Cambodia. *See* Appx1256-1258; Appx1245-1247. By focusing its analyses solely on a company *not involved in production operations* (BYD), while ignoring the data for the Cambodian companies engaged in the actual process of completion and assembly of the imported merchandise (BYD's tollers), Commerce failed to fully investigate whether the "process of assembly or completion in the foreign country" is minor or insignificant.

Not only does Commerce's approach violate the plain terms of the statute, which require Commerce to consider the investments and facilities "in the foreign country" (i.e., Cambodia) related to the processing of the merchandise imported into the United States, but it is

also inconsistent with Commerce's past practice, as set forth in Plaintiff's brief. *See* Pl.'s Br. 42-44. Commerce's determination is therefore both arbitrary and unsupported by substantial evidence.

Broader principles reflected in Commerce's administration of the AD/CVD law further demonstrate the unlawfulness of Commerce's failure to consider the data of BYD's tollers in its determination. In AD cases involving non-market economies, Commerce is required to determine normal value "on the basis of the value of the factors of production {('FOPs')} utilized in producing the merchandise." 19 U.S.C. § 1677b(c)(1). When the mandatory respondent is a trading company or uses tollers, Commerce does not rely solely on the FOPs of the mandatory respondent. Rather, Commerce has long required the respondent's suppliers and tollers to report their FOPs, because those FOPs are utilized to produce the merchandise imported into the United States. *See, e.g.*, *Small Diameter Graphite Electrodes from the People's Republic of China: Final Results of the First Administrative Review of the Antidumping Duty Order and Final Rescission of the Administrative Review, in Part*, 76 Fed. Reg. 56,397 (Sept. 13, 2011), and accompanying Issues and Decision Memorandum at 14-17 and 27-

37 (describing FOP data reported by tollers and applying adverse facts available for certain missing or deficient data regarding the tollers' FOPs). It makes no sense for Commerce to consider tollers to be involved in "producing the merchandise" and to require their data in AD investigations and administrative reviews, but treat tollers' data as irrelevant in a determination regarding the "process of assembly or completion" of the merchandise in a circumvention inquiry.

Similarly, in CVD cases involving trading companies, Commerce examines both the producing entity and the exporter, and it will cumulate the subsidies received by the two entities. 19 C.F.R. § 351.525(c). There is no logical basis for Commerce to limit its analysis of the "process of assembly or completion" of the merchandise in the third country to the activities of a non-producing trading company in a circumvention inquiry when Commerce's normal practice in CVD cases is to incorporate an analysis of the trading company's suppliers when determining whether the imported merchandise is subsidized.

Instead of addressing the inconsistency of its treatment of tollers in AD/CVD investigations and reviews versus this circumvention inquiry, Commerce merely stated that a circumvention inquiry is not an

AD/CVD investigation or review. Decision Memo, Appx1246. But the circumvention provision is part of the broader AD/CVD statute. Commerce offered no explanation for why the statute would treat tollers as being involved in the production of imported merchandise in an AD/CVD investigation or review, but would treat tollers' investments and facilities as not being involved in "the process of assembly or completion" of imported merchandise. Commerce's observation that BYD did not contribute to the tollers' investments or facilities, Appx1246, does not change the fact that those investments and facilities were used to produce the inquiry merchandise.

Commerce also knew at the time that it selected BYD as a mandatory respondent that BYD did not actually produce the inquiry merchandise, but that it relied on tollers. Response of BYD (H.K.) Co., Ltd. to Quantity and Value Questionnaire (Apr. 22, 2022)), C.R. 31, Appx3710-3723. Given that the focus of the circumvention inquiry is on the process of assembling or completing imported merchandise, it was arbitrary for Commerce to select a company that did not actually assemble or complete the imported merchandise as a mandatory

respondent if Commerce did not intend to consider the operations of the tollers that actually did assemble or complete the merchandise.

Commerce's analysis effectively treated the processing of BYD's CSPV cells and modules as if it did not require investments or facilities in Cambodia. Of course, that's not true. Commerce's analysis finds no support in reality, the record, or the statute, reflects an arbitrary departure from its prior reasoning, and is inconsistent with Commerce's broader practice of treating the operations of tollers as relevant under the AD/CVD law.

> c.  *Commerce Erred in Finding that the Value of Processing in Cambodia Was Small*

Commerce's finding that the value of processing performed in Cambodia was small for BYD was also arbitrary and unsupported by substantial evidence, further tainting its overall conclusion. *See* Decision Memo, Appx1258-1262.

FPL will not repeat Plaintiff's various arguments with respect to this issue, but emphasizes that Commerce in prior circumvention inquiries has explicitly incorporated a qualitative analysis into its consideration of this specific factor. *See, e.g., Ferrovanadium and*

*Nitrided Vanadium From the Russian Federation: Negative Final Determination of Circumvention of the Antidumping Duty Order*, 77 Fed. Reg. 46,712 (Aug. 6, 2012), and accompanying Issues and Decision Memorandum at 12 (value added percentages in the United States did not constitute a "small" proportion "when viewed in combination with {the} fundamental alteration of the imported merchandise"); *Certain Corrosion-Resistant Steel Products From Taiwan: Affirmative Final Determination of Circumvention Inquiry on the Antidumping Duty Order*, 84 Fed. Reg. 70,937 (Dec. 26, 2019), and accompanying Issues and Decision Memorandum at 9 (considering value added in the third country both in terms of the "percentage of the value" of the imported merchandise and "{f}rom a qualitative perspective of the nature of the production process"). Given that the statute does not establish rigid numerical cut-offs for whether the value of processing is small, *see* SAA at 894, Commerce should have incorporated a qualitative analysis to determine whether the value added in Cambodia was "small," consistent with how Commerce analyzed this factor in past proceedings.

Had Commerce followed this practice, Commerce would not have found the value of the processing in Cambodia to be small. As Plaintiff

explained, the quantitative value-added percentage is within the range of percentages that Commerce found to be *not* small in other cases. Pl.'s Br. 49-50. A qualitative analysis that took into account the substantial transformation of a slice of polysilicon into something that is able to generate electricity from sunlight, imparting the "essential nature of the final product," Decision Memo, Appx1231, would have confirmed that the value of processing in Cambodia was not small for BYD.

> ### d.   Commerce Erred by Analyzing Investment Data on an Absolute Basis

Commerce's comparative analysis of investments on an absolute basis provides a distorted picture of the investments needed to produce inquiry merchandise. As explained by Plaintiff, the Chinese CSPV wafer industry serves the vast majority of global CSPV demand, whereas the facilities in Cambodia serve a much smaller portion of global CSPV cell and module demand. Pl.'s Br. 60-61. When the statutory focus is on the production process for merchandise that is imported into the United States, it makes little sense to consider absolute investments into facilities in China when those facilities supply a vast global market and only a small fraction of the products made in those facilities ultimately end up in the United States. To

27

accurately gauge how investments in different countries contribute to the merchandise imported into the United States, Commerce should have done that comparison on a per-unit basis.

CONCLUSION

For the reasons discussed above and in Plaintiff's Brief, Commerce's *Final Determination* is not supported by substantial evidence or otherwise in accordance with law.

Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for Florida Power & Light Company*

Dated: July 16, 2024

CERTIFICATE OF COMPLIANCE

The undersigned counsel at Akin Gump Strauss Hauer & Feld LLP hereby certify that the foregoing Memorandum in Support of Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record, dated July 16, 2024, complies with the word-count limitation set forth in the Court's May 24, 2024, Scheduling Order. The memorandum of law contains 4,963 words according to the word-count function of the word-processing software used to prepare the memorandum.

Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for Florida Power & Light Company*

ATTACHMENT A

‹ process

Dictionary                                                        Thesaurus

# process  1 of 4  noun

pro·cess  ˈprä-ˌses ◀) ˈprō-, -səs ◀)

plural **processes**  ˈprä-ˌse-səz ◀) ˈprō-, -sə-, -ˌsēz ◀)

Synonyms of *process* ›

**1**  **a** : **PROGRESS, ADVANCE**

   in the *process* of time

   **b** : something going on : **PROCEEDING**

**2**  **a** **(1)** : a natural phenomenon marked by gradual changes that lead toward a particular result

      the *process* of growth

   **(2)** : a continuing natural or biological activity or function

      such life *processes* as breathing

   **b** : a series of actions or operations conducing to an end

   *especially* : a continuous operation or treatment especially in manufacture

**3**  **a** : the whole course of proceedings in a legal action

   **b** : the summons, mandate, or writ used by a court to compel the appearance of the defendant in a legal action or compliance with its orders

**4**  : a prominent or projecting part of an organism or organic structure

      a bone *process*

      a nerve cell *process*

**5**  : **CONK entry 6**

# process  2 of 4  verb (1)



Quordle

Can you solve 4 words at once?

Play

‹

| Dictionary | Thesaurus |
| --- | --- |

**2  a** : to subject to a special process or treatment (as in the course of manufacture or film development)

   **b (1)** : to subject to or handle through an established usually routine set of [procedures](#)

       *process* insurance claims

    **(2)** : to integrate sensory information received so that an action or response is generated

       the brain *processes* visual images relayed from the retina

    **(3)** : to subject to examination or analysis

       computers *process* data

   **c** : to work (hair) into a conk

# process  3 of 4  adjective

**1**   : treated or made by a special process especially when involving synthesis or artificial modification

**2**   : made by or used in a mechanical or photomechanical duplicating process

**3**   : of or involving illusory effects usually introduced during [processing](#) of the film

# process  4 of 4  verb (2)

pro·cess   ( prə-ˈses 🔊 )

**processed; processing; processes**

*intransitive verb*

**chiefly British**

: to move in a [procession](#)



WORD OF THE DAY

## cardinal 🔊

[See Definitions and Examples »](#)

Get Word of the Day daily email!

Your email address   SUBSCRIBE

<

Dictionary                                                                                    Thesaurus

**Noun**

course                                    operation                                    procedure

proceeding

See all Synonyms & Antonyms in Thesaurus ›

## Noun

How does the election *process* work?

Learning a foreign language can be a long *process*.

We're remodeling our house. The whole *process* is expected to take a few months.

Breathing and the circulation of blood are life *processes*.

a bony *process* on the foot

decisions.

— Alena Botros, *Fortune*, 22 June 2024

## Verb

The Wisconsin Lottery recommends arriving by 3:30 p.m. for most prizes and 2 p.m. for prizes of $50,000 or more to allow enough time to **process** your ticket.

— Steven Martinez, *Journal Sentinel*, 23 June 2024

So while Geordie taking an entire episode to grant Will his blessing could be somewhat frustrating to watch, the show allotting Geordie that amount of time to **process** the loss — and scripting a monologue for him—is a testament to the depth of that relationship.

— Mandi Bierly, *TVLine*, 23 June 2024

## Adjective

The Xe HPC device is a multi-tiled, multi-**process**-node package with new GPU cores, HBM2e memory, a new Xe Link interconnect, and PCIe Gen 5 implemented with over 100-billion transistors.

— Karl Freund, *Forbes*, 15 Sep. 2021

Regrind silicone used in the speaker is made by reclaiming and upcycling post-**process** and post-consumer silicone scraps that might otherwise end up in landfill.

— Mark Sparrow, *Forbes*, 4 Oct. 2022

## Verb

Because of, sort of, the sixth sense in the pocket, the decision-making, **processing** information quickly.

— Mike Rodak | Mrodak@al.com, *al*, 11 Apr. 2023

Under the plan, companies licensed to grow, **process** and sell medical cannabis will be eligible to receive licenses to participate in the recreational market by paying a one-time conversion fee of between $100,000 and $2 million, based on their 2022 sales.

— Erin Cox, *Washington Post*, 10 Apr. 2023

**See all Example Sentences for *process* ›**

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'process.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.

Dictionary                                                                 Thesaurus

## Etymology

**Noun**

Middle English *proces*, from Anglo-French *procés*, from Latin *processus*, from *procedere*

**Verb (2)**

back-formation from PROCESSION entry 1

## First Known Use

**Noun**

14th century, in the meaning defined at sense 1a

**Verb (1)**

15th century, in the meaning defined at sense 1a

**Adjective**

1888, in the meaning defined at sense 1

**Verb (2)**

1814, in the meaning defined above

## Time Traveler

<

| Dictionary | Thesaurus |

alveolar process                              Bessemer process

due process                                   Haber process

in-process                                    in the process

in the process of (doing something)           Markov process

odontoid process                              open-hearth process

peace process                                 procedural due process

**See More** ⌄

procerity
**process**
processable

---
See More Nearby Entries ›
---

Style      MLA

"Process." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/process. Accessed 27 J
un. 2024.

⧉ Copy Citation

| Dictionary | Thesaurus |
|---|---|

**Facebook**   **Twitter**

# process   1 of 2   noun

pro·cess   ˈpräs-ˌes ◀))   ˈprōs- ◀))   -əs

**plural processes**   -ˌes-əz ◀))   -ə-səz ◀))   -ə-ˌsēz

**1**  **a** : **ADVANCE entry 2 sense 1**
the *process* of time

   **b** : something going on

**2**  **a** : a natural continuing action or series of actions or changes
the *process* of growth
life *processes*
mental *processes*

   **b** : a series of actions or operations leading to a result
a manufacturing *process*

**3**  : the carrying on of a legal action
due *process* of law

**4**  : a bodily part that sticks out or is conspicuous : **OUTGROWTH**
a bony *process*

# process   2 of 2   verb

**1**  : to change or prepare by special treatment
*process* foods

Dictionary                                                                                    Thesaurus

computers *process* data
*process* information

## process noun

pro·cess   ˈpräs-ˌes ◀))   ˈprōs- ◀))   -əs

**1**  **a** : a natural progressively continuing operation or development marked by a series of gradual changes that succeed one another in a
relatively fixed way and lead toward a particular result or end
the *process* of growth
the *process* of digestion

**b** : a natural continuing activity or function
such life *processes* as breathing and the circulation of the blood

**2**  : a prominent or projecting part of an organism or organic structure
a bone *process*
a nerve cell *process*

|                    Dictionary                    |                    Thesaurus                    |
|---------------------------------------------------|-------------------------------------------------|

pro·cess    ˈprä-ˌses, ˈprō- 🔊

**1**   : a continuous operation, art, or method especially in manufacture

whoever invents or discovers any new and useful *process*...may obtain a patent therefor

– *U.S. Code*

**2  a** : **PROCEDURE sense 1**

→ see also ABUSE OF PROCESS, DUE PROCESS

**b** : a means (as a summons) used to compel a defendant to appear in court

*broadly* **:** a means by which a court acquires or exercises jurisdiction over a person or property

→ see also MESNE PROCESS

→ compare NOTICE, SERVICE

NOTE: In civil procedure, service of a summons on a defendant is considered constitutionally sufficient process, although usually a copy of the complaint must also be provided according to the local rule of procedure.

Nglish: Translation of *process* for Spanish Speakers
Britannica English: Translation of *process* for Arabic Speakers

Last Updated: 26 Jun 2024 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

ATTACHMENT B

6/27/24, 6:35 PM
PROCESS | definition in the Cambridge English Dictionary
Case 1:23-cv-00221-MMB    Document 38    Filed 07/16/24    Page 50 of 71



*Meaning of **process** in English*



# process

***noun*** [ C ]

US 🔊 /ˈprɑː.ses/  UK 🔊 /ˈprəʊ.ses/

Add to word list ≡

B2

**a series of actions that you take in order to achieve a result:**

• *the peace process*

• *Increasing the number of women in top management jobs will be a slow process.*

• *This decision may delay the process **of** European unification.*

• *The party has begun the **painful** (= difficult) process of rethinking its policies and strategy.*

• *Going to court to obtain compensation is a long process.*

• *She arrived at the correct answer by a process **of elimination** (= by deciding against each answer that was unlikely to be correct until only one was left).*

B2

**a series of changes that happen naturally:**

• *the digestive process*

• *the aging process*

• *It's all part of the learning process.*

**a method of producing goods in a factory by treating natural substances:**

Cookies Settings    Accept All Cookies

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.
**Privacy and Cookies Policy**

• *A refining process is used to extract usable fuel from crude oil.*

**+ SMART Vocabulary: related words and phrases**

**Idioms**

be in the process of doing something

in the process

F    X

# process

*verb*

US 🔊 / ˈprɑː.ses / UK 🔊 / ˈprəʊ.ses /

**process** *verb* (DEAL WITH)

B2 [ T ]    + ≔

**to deal with documents in an official way:**

• *Visa applications take 28 days to process.*

[ T ]    + ≔

**If a computer processes information, it performs a particular series of operations on the information, such as a set of calculations.**

[ T ]    + ≔

**to prepare, change, or treat food or natural substances as a part of an industrial operation:**

• *a waste processing plant*

[ T ]    + ≔

**to think about a difficult or sad situation so that you can gradually accept it:**

• *Returning soldiers need time to process what they have experienced in combat.*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Privacy and Cookies Policy**





**+ SMART Vocabulary: related words and phrases**

**process** *verb* (WALK)

[ I + adv/prep ]   mainly UK   formal   **US** 🔊  /prəˈses/   **UK** 🔊  /prəˈses/

**to walk slowly:**

• *We watched them process down the aisle.*

**+ SMART Vocabulary: related words and phrases**

**Related word**

<u>processing</u>

*(Definition of **process** from the **<u>Cambridge Advanced Learner's Dictionary & Thesaurus</u>** © Cambridge University Press)*

**process** | INTERMEDIATE ENGLISH

# process

*noun* [ C ]

US 🔊   /ˈprɑs·es, ˈproʊ·ses/

Add to word list ≣

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.
**Privacy and Cookies Policy**

6/27/24, 6:35 PM
PROCESS | definition in the Cambridge English Dictionary
Case 1:23-cv-00221-MMB    Document 38    Filed 07/16/24    Page 53 of 71



- *A new process has been developed for removing asbestos.*

# process

*verb* [ T ]

US 🔊 /ˈprɑs·es , ˈprou·ses/

**to deal with something according to a particular set of actions:**

- *Your insurance claim will take about a month to process.*

**If a computer processes information, it performs a series of operations on it.**

**To process food or raw materials is to prepare, change, or treat them as part of an industrial operation.**

*(Definition of **process** from the **Cambridge Academic Content Dictionary** © Cambridge University Press)*

process | BUSINESS ENGLISH

# process

*noun* [ C ]

UK 🔊 /ˈprəuses / US 🔊 /ˈprɑːses/

Add to word list ≡

**a series of actions that are needed in order to do something or achieve a result:**

- *Management recognizes it is important to get the process right even if it means delaying the project start date.*
- **consultation/decision-making/planning process** *The role offers the opportunity to be a part of the company's decision-making process.*
- ***approval/evaluation/inspection process***
- ***complete/finish/start a process***
- *a **disciplinary/hiring/selection process***
- ***improve/speed up/streamline a process***

PRODUCTION

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.
Privacy and Cookies Policy



• *We're in the process of reviewing the court's decision and evaluating our response.*

▶ **in the process**

**if something is happening, and something else happens in the process, the second thing happens as a result of the first:**

• *A clash with their main supplier means they won't be able to honour their contracts and will lose millions of pounds in the process.*

**See also**

due process

four-colour process



# process

*verb* [ T ]

UK 🔊 / ˈprəʊses / US 🔊 / ˈprɑːses /

PRODUCTION

**to change raw materials, for example by adding chemicals or other substances to them, as part of the production of goods:**

• *The two new oil refineries will able to process 250,000 barrels of crude a day.*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Privacy and Cookies Policy**



IT

**if a computer processes data, it uses a set of instructions to organize it and produce a particular result:**

• *A bug in the system was preventing it from processing digital image files.*

*(Definition of* **process** *from the* **Cambridge Business English Dictionary** *© Cambridge University Press)*

EXAMPLES of **process**

# process

But how should the *process* of verification work?

*From The New Yorker*

But they removed the protections, the anonymization *process*.

*From Wired*

The important thing to keep in mind about all of the data you collect is that it should add intelligence to your processes.

*From CNET*

There is something about the *process* that those of us who can't feel we are missing out on.

*From CNN*

Contents                                                                    To top

*From NPR*

I understand the *process* you're gon na go through and going through vocal changes.

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Privacy and Cookies Policy**

And today they it repeat the *process* in public.

*From NPR*

We were all affected, and we're in a *process* of figuring out what the next step is.

*From TIME*

It is a tricky *process* with unclear results.

*From Heritage.org*

The *process* to produce bio-oils is based on flash pyrolysis.

*From Phys.Org*

You will want to ask friends to come and support and help you with this important and difficult step of the grieving *process*.

*From Huffington Post*

The shapes that things take, the manipulation of sounds -- it's a learning *process* for me.

*From Billboard*

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

COLLOCATIONS with **process**

# process

**These are words often used in combination with process.**

Click on a collocation to see more examples of it.

### acceleration process

• The standard dephasing limit and the electron acceleration process are briefly discussed.

*From the Cambridge English Corpus*

### accreditation process

• The study population is distinctive in two respects : their participation in the accreditation process and that they complete with a formal qualification.

*From the Cambridge English Corpus*

### adjudication process

• They were informed that their child's participation in the project would in no way influence his treatment at the detention center or his legal standing in the adjudication process.

*From the Cambridge English Corpus*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Privacy and Cookies Policy**



in Chinese (Traditional)
過程, 步驟, 變化過程…
See more

in Chinese (Simplified)
过程, 步骤, 变化过程…
See more

in Spanish
procedimiento, proceso, tramitar…
See more

in Portuguese
processo, dar andamento a, processo [masculine]…
See more

in more languages

Need a translator?

Get a quick, free translation!

Translator tool

Browse

proceeded

proceeding

proceedings

proceeds

process

process analysis

process engineering          BETA

process flow chart

process improvement

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Privacy and Cookies Policy




Test your vocabulary with our fun image quizzes



Try a quiz now

**More meanings of** *process*

− All

due process

the Haber process

peace process

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Privacy and Cookies Policy

ATTACHMENT C



*Meaning of **minor** in English*



# minor

***adjective***

US 🔊 /ˈmaɪ.nɚ/   UK 🔊 /ˈmaɪ.nər/

---

**minor** *adjective* (UNIMPORTANT)

B2

**having little importance, influence, or effect, especially when compared with other things of the same type:**

Add to word list ≣

• **minor operation** *Last year he went into the hospital for a minor operation.*

• **minor problem** *It's only a minor problem - we'll soon find a solution.*

• **minor offense** *There's been an increase in minor offenses, such as traffic violations and petty theft.*

• **minor injury** *She suffered only minor injuries.*

• *It requires a few minor adjustments.*

• *a minor poet of the 16th century*

**Compare**

[major](major)

— **Fewer examples**

  • *For the sake of completeness, I should also mention two other minor developments.*

  • *Treat minor ailments yourself.*

  • *The fear is that these minor clashes may develop into all-out confrontation.*

  • *They had minor breakthroughs but real success eluded them.*

  • *Your health is generally good, but you do have a few minor problems.*

＋ **SMART Vocabulary: related words and phrases**

6/27/24, 6:36 PM
Case 1:23-cv-00221-MMB    Document 39    Filed 07/16/24    Page 61 of 71
MINOR | definition in the Cambridge English Dictionary



MUSIC

**belonging or relating to a musical scale that is generally thought to have a sad sound:**

• **minor key** *The piece is written in a minor key.*

• **in D, F, etc. minor** *Mozart's Piano Concerto in D minor*

**Compare**

minor

---

**+ SMART Vocabulary: related words and phrases**

---

**minor** *adjective* (COMPETITION)



US

**belonging or relating to the professional baseball and ice hockey leagues (= groups of teams who play games against each other) that play below the highest level:**

• *Her children play minor hockey at the local rink.*

**Compare**

minor-league

major

**+ SMART Vocabulary: related words and phrases**



# minor

*noun* [ C ]

**minor** *noun* [C] (YOUNG PERSON)

LAW • specialized

**someone who is too young to have the legal responsibilities of an adult:**

• *He was accused of having sex with a minor.*

**+ Thesaurus: synonyms, antonyms, and examples**

**+ SMART Vocabulary: related words and phrases**

---

**minor** *noun* [C] (COMPETITION)

▶ **the minors** [ plural ] US

**the professional baseball and ice hockey leagues (= groups of teams who play games against each other) that play below the highest level:**

• *He spent five years refining his skills in the minors.*

See more

f    X

# minor

*verb*

US 🔊 /ˈmaɪ.nɚ/    UK 🔊 /ˈmaɪ.nəʳ/

▶ **minor in something** US

**to study something as your second most important subject in college:**

• *I minored in Spanish in college.*

See more

*(Definition of **minor** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**minor** | INTERMEDIATE ENGLISH

# minor

*adjective* [ not gradable ]

US 🔊 /ˈmɑɪ·nər/

**minor** *adjective* [not gradable] (UNIMPORTANT)



• *She suffered minor injuries in the accident.*

• *Waiting another half hour was only a minor inconvenience.*

---

**minor** *adjective* [not gradable] **(MUSIC)**    + ≣

MUSIC

**based on a scale (= series of musical notes) in which there is a whole step (= sound difference) between each note except between the second and third notes and between the fifth and sixth notes:**

• *a minor scale*

• *a minor chord*

f   X

# minor

*noun* [ C ]

US 🔊 / ˈmɑɪ·nər /

---

**minor** *noun* [C] **(YOUNG PERSON)**    + ≣

**a person under the age at which he or she legally becomes an adult**

---

**minor** *noun* [C] **(SPECIAL SUBJECT)**    + ≣

**the second most important subject that a college student is studying:**

• *I'm taking two courses in my minor, chemistry.*

*(Definition of **minor** from the **Cambridge Academic Content Dictionary** © Cambridge University Press)*

**minor** | BUSINESS ENGLISH

# minor

*adjective*

UK 🔊 / ˈmaɪnə / US 🔊       Add to word list ≣

**having little importance, influence, or effect, especially when compared with similar things:**

• *It's only a **minor problem**.*

• *There are **minor differences** between the models, but they're basically the same.*

• *The vehicle only suffered **minor damage**.*

• ***minor adjustments/corrections/modifications***



# minor
**noun** [ C ]

UK 🔊  / ˈmaɪnəʳ /  US 🔊

LAW

**someone who has not yet reached the age when they are legally an adult:**

• *It's illegal for adults to supply tobacco to minors.*

*(Definition of **minor** from the **Cambridge Business English Dictionary** © Cambridge University Press)*

EXAMPLES of **minor**

# minor

You can have a *minor* rat problem without ever seeing a rat.
*From San Francisco Chronicle*

But that love is not without its (*minor*) reservations.
*From Slate Magazine*

Sometimes we discover a potential bombshell; other times it's a *minor*, telling detail.
*From Huffington Post*

The two men who tried to help suffered *minor* puncture wounds.
*From Los Angeles Times*

And even that's a *minor* plot point, so on the big scheme of things he has water in the movie.
*From The Verge*

No melting into the weekend, but guidance shows a *minor* thaw next week.
*From Minneapolis Star Tribune*

So that's what he did, beginning in the lowest minors with umps half his age.
*From ESPN*

It vested responsibility for *minor* misdeeds with the offender -- discouraging repetition and making it clear that more serious crimes won't be tolerated either.
*From New York Post*

She gave one of those supporting performances that make you remind yourself to pay attention to the credits to catch a *minor* player's name.
*From Slate Magazine*

From _Minneapolis Star Tribune_

Contents                                                                                                    To top ⓘ

From _CBS Local_                                                                                                   💬

For what it's worth, a real 50/50 parent also deals with _minor_ issues like clothing your child.

From _TechCrunch_                                                                                                  💬

The driver and a second passenger suffered _minor_ injuries.

From _Washington Post_                                                                                             💬

If the state wants to deny you, they will look for a _minor_ error and blow it up.

From _The Star-Ledger - NJ.com_                                                                                    💬

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

What is the pronunciation of _minor_?                                                                            ›

## Translations of **minor**

in Chinese (Traditional)
不重要的, 較不重要的, 次要的…
                                                                                                    See more

in Chinese (Simplified)
不重要的, 较不重要的, 次要的…
                                                                                                    See more

in Spanish
de poca importancia, menor, menor [masculine-feminine…
                                                                                                    See more

in Portuguese
menor, desimportante, pequeno…
                                                                                                    See more

in more languages                                                                                           ⌄

Need a translator?

Get a quick, free translation!

                                    **Translator tool**

Minneola

Minnesota

Minnesotan

minnow

**minor**

minor in something *phrase*

minor league

minor party

minor penalty

Test your vocabulary with our fun image quizzes



Try a quiz now

More meanings of *minor*

⊖ All

minor party

minor sixth

minor third

minor league

minor-league

minor penalty

minor planet

ATTACHMENT D

*Meaning of **insignificant** in English*



# insignificant

*adjective*

US 🔊  / ˌɪn.sɪɡˈnɪf.ə.kᵊnt /   UK 🔊  / ˌɪn.sɪɡˈnɪf.ɪ.kᵊnt /

Add to word list ☰

C1

**small or not noticeable, and therefore not considered important :**

• *Why bother arguing about such an insignificant amount of money?*

• *The difference between the two results was insignificant.*

─ **SMART Vocabulary: related words and phrases**

   **Of little or less importance**

   be in/under someone's shadow *idiom*

   be neither here nor there *idiom*

   big deal

   biggie

   derisory

   meaningless

   meaninglessly

   meaninglessness

   mere

   merely

   piddling

   piddly

   piffling

   play second fiddle *idiom*

   poxy

   unseriousness

vestigially

who needs...? *idiom*

**See more results »**

**Related words**

insignificantly

insignificance

*(Definition of **insignificant** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**insignificant** | INTERMEDIATE ENGLISH

# insignificant

*adjective*

US 🔊 /ˌɪn·sɪɡˈnɪf·ɪ·kənt/                                                                    Add to word list ☰

**not important or thought to be valuable:**

• *Her problems seemed pretty insignificant compared to her brother's.*

## insignificance

*noun* [ U ] US 🔊 /ˌɪn·sɪɡˈnɪf·ɪ·kəns/

• *My colleagues despised this man for his insignificance.*

## insignificantly

*adverb* US /ˌɪn·sɪɡˈnɪf·ɪ·kənt·li/

*(Definition of **insignificant** from the **Cambridge Academic Content Dictionary** © Cambridge University Press)*

EXAMPLES of **insignificant**

# insignificant

A less than one-hour per week activity (much like summer activities that last less than three weeks) will usually be considered *insignificant*.

From *Huffington Post*                                                                                              💬

From *Wired Magazine*

Oh sure, there could be cases with significant air resistance but for most cases this is an *insignificant* force.

From *Wired*

Learning to live with "how men are" is not *insignificant* for working women.

From *Huffington Post*

When does nine hundred thousand seem like an *insignificant* number of women?

From *The New Yorker*

An estimated 1.8 million such incidents occurred last year, but the increase from the previous year was calculated to be statistically *insignificant*.

From *CNN*

Things that initially seemed *insignificant* will often prove to be very important.

From *Ars Technica*

Average weekly wages from 1970 (natural log) were also *insignificant*.

From *Heritage.org*

Hearing about this woman's father made spreadsheets and deadlines *insignificant*.

From *Huffington Post*

The base price on the car was $97,400, a not *insignificant* buy-in.

From *The Verge*

Who doesn't want to be the world champion at something, no matter how *insignificant*?

From *The Atlantic*

What remains of a life when one can no longer recall its significant, or even *insignificant*, moments?

From *Dallas Morning News*

Management had deemed such exposures so *insignificant* that employees weren't required to wear neutron dosimeters during the plant's first 38 years.

From *Slate Magazine*

Each brine shrimp is *insignificant* and tiny, but together their movement is so strong it affects the currents.

From *Huffington Post*

The one-time price of a smartphone is *insignificant* compared to the cost of its data plan (which can range from around $60 to $120 a month).

From *Huffington Post*

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

What is the pronunciation of *insignificant*?

INSIGNIFICANT definition | Cambridge English Dictionary

in Chinese (Traditional)
不重要的，無足輕重的…

See more

in Chinese (Simplified)
不重要的，无足轻重的…

See more

in Spanish
insignificante, insignificante [masculine-feminine, singular]…

See more

in Portuguese
insignificante…

See more

in more languages

---

Need a translator?

Get a quick, free translation!



Translator tool

**Browse**

insightfully

insignia

insignificance

insignificancy

**insignificant**

insignificantly

insincere

insincerely

insincerity