IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| BYD (H.K.) CO., LTD., | ) |
| *Plaintiff*, | ) |
| and | ) |
| FLORIDA POWER & LIGHT COMPANY, | ) |
| *Plaintiff-Intervenor,* | ) |
| v. | ) Ct. No. 23-00221 |
| UNITED STATES, | ) |
| *Defendant,* | ) |
| and | ) |
| AUXIN SOLAR INC., | ) |
| *Defendant-Intervenor.* | ) |

## NOTICE OF APPEAL

Notice is hereby given that BYD (H.K.) Co., Ltd. ("BYD"), Plaintiff in the above-captioned consolidated action, hereby appeals to the

United States Court of Appeals for the Federal Circuit from the final judgment of the U.S. Court of International Trade entered in this action, *BYD (H.K.) Co., Ltd. v. United States*, Ct. No. 23-00221, on May 16, 2025 (Slip Op. 25-60) (ECF No. 49–50).

                                      Respectfully submitted,

                                      /s/ Craig A. Lewis
                                      Craig A. Lewis, Esq.
                                      Nicholas W. Laneville, Esq.
                                      Gregory M.A. Hawkins, Esq.

                                      HOGAN LOVELLS US LLP
                                      Columbia Square Building
                                      555 Thirteenth Street, NW
                                      Washington, DC 20004
                                      Phone: +1.202.637.5600
                                      Fax: +1.202.637.5910
                                      E-mail: craig.lewis@hoganlovells.com

                                      *Counsel to BYD (H.K.) Co., Ltd.*

July 14, 2025

## CERTIFICATE OF SERVICE

 I, Nicholas W. Laneville, hereby certify that on July 14, 2025, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

Dated: July 14, 2025

             /s/ Nicholas W. Laneville
             Nicholas W. Laneville
             HOGAN LOVELLS US LLP